IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WALDEMAR E. ALBERS REVOCABLE TRUST, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:07-0421 Judge Trauger |
| v. | ) ) | |
| MID-AMERICA ENERGY, INC., *et al.*, | ) ) | |
| Defendants. | ) | |

## **O R D E R**

On October 16, 2008, the Magistrate Judge issued a Report and Recommendation (Docket No. 95), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the court is this day signing the proposed Order submitted by the plaintiffs (Docket No. 82-1).

The plaintiffs' Motion Inquiring Into the Status of Pending Motion (Docket No. 100) is **GRANTED**, and the status of that motion is explained herein.

It is so **ORDERED**.

ENTER this 12th day of November 2008.

_____
ALETA A. TRAUGER
U.S. District Judge