IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WALDEMAR E. ALBERS REVOCABLE TRUST, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:07-0421 |
| v. | ) ) ) | Judge Trauger Magistrate Judge Brown |
| MID-AMERICA ENERGY, INC., *et al.*, | ) ) | |
| Defendants. | ) | |

## O R D E R

On April 15, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 284), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, a ruling on the Motion For Entry of Order Approving Receiver's Fees and Expenses (Docket No. 68) shall be **DEFERRED** until some assets are recovered by the Receiver. It is further **ORDERED** that the Motion For Approval of Claims Registry (Docket No. 281) shall be granted, with the modification suggested by the Magistrate Judge.

It is so **ORDERED.**

Enter this 31st day of May 2011.

_____
ALETA A. TRAUGER
U.S. District Judge