UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WALDEMAR E. ALBERS REVOCABLE TRUST, et. al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MID-AMERICA ENERGY, INC., et. al.,<br><br>    Defendants. | No. 3: 07-cv-0421<br>Judge Sharp<br>Magistrate Judge Brown |

# ORDER

On February 2, 2012, the Magistrate Judge entered a Report and Recommendation ("R&R") (Docket Entry No. 419), recommending that the Receiver's Motion for an Order to Approve Claim of Joseph Cool (Docket Entry No. 417) in the amount of $19,500 be approved. Despite being specifically advised in the R&R that any objections to the recommended disposition needed to be filed within fourteen (14) days, no objections were filed.

Having conducted a *de novo* review of the matter in accordance with Fed. R. Civ. P. 72(b), the Court agrees with the Magistrate Judge's recommendations. Accordingly,

(1) The Report and Recommendation (Docket Entry No. 419) is hereby ACCEPTED and APPROVED; and

(2) The Receiver's Motion for an Order to Approve Claim of Joseph Cool (Docket Entry No. 417) is hereby GRANTED.

It is SO ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE