**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **WALDEMAR E. ALBERS** | **)** | |
| **REVOCABLE TRUST,** *et al.***,** | **)** | |
| | **)** | |
| **Plaintiffs,** | **)** | |
| | **)** | **No. 3:07-cv-0421** |
| **v.** | **)** | |
| | **)** | **Judge Sharp** |
| **MID-AMERICA ENERGY, INC.,** *et al.***,** | **)** | **Magistrate Judge Brown** |
| | **)** | |
| **Defendants.** | **)** | |

## ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate

Judge, recommending the *Motion to Approve Receiver's Fees and Expenses and to Approve*

*Application of Recovered Assets to Receiver's Fees and Expenses* (Docket Entry No. 518) be

granted and the funds be disbursed as requested. (Docket Entry No. 548).

No response in opposition was filed to the R & R.[1] Having thoroughly reviewed the

record in this case and the applicable law in accordance with Rule 72(b), the Court will accept

the R & R of the Magistrate Judge.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 548) is hereby ACCEPTED and

APPROVED;

(2) The *Motion to Approve Receiver's Fees and Expenses and to Approve Application of*

*Recovered Assets to Receiver's Fees and Expenses* (Docket Entry No. 518) is hereby

GRANTED;

---

[1] There were also no objections filed to the motion.

(3) The Receiver's fees and expenses in the amount of Two Hundred Forty-Four Thousand Four Hundred Seventy-Eight and 38/100 Dollars ($244,478.38) are hereby approved;

(4) The application of assets in the amount of Thirty-Three Thousand Seven Hundred Eighty and 01/100 Dollars ($33,780.01) against the approved fees and expenses of the Receiver are hereby approved; and

(5) All remaining approved fees and expenses shall be paid to the Receiver from the property and assets, both tangible and intangible, real and personal of Defendants/Judgment Debtors Mid-America Energy, Inc. and Mid-America Oil & Gas, LLC, including all general partnership interests in Defendants/Judgment Debtors Fort Knox Oil #8, LLP; Fort Knox Oil #10, LLP; Fort Knox Oil, #11, LLP; Fort Knox Oil #12, LLP; Fort Knox Oil #14, LLP; Black Gold Oil #1, LLP; Black Gold Oil #2, LLP; Black Gold Oil #3, LLP; Black Gold Oil #4, LLP; Black Gold Oil #5, LLP; Black Gold Oil #6, LLP; Black Gold Oil #7, LLP; Black Gold Oil #8, LLP; Black Gold Oil #9, LLP; Black Gold Oil #10, LLP; Black Gold Oil #10 Aux, LLP; Eagle Oil #5, LLP; Eagle Oil #6, LLP; Eagle Oil #7, LLP; Eagle Oil #8, LLP; Eagle Oil #9, LLP; Eagle Oil #10, LLP; Murfreesboro Oil #1, LLP; Freedom Oil #1, LLP; and Big Creek Oil #1, LLP.

This action is hereby returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 16.01.

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE